701 A.2d 129

LOUIS F. AVERSANO, PLAINTIFF–APPELLANT,
v. ATLANTIC EMPLOYERS INSURANCE
CO., DEFENDANT–RESPONDENT.

Argued September 9, 1997—Decided October 6, 1997.

*Lawrence S. Grossman* argued the cause for appellant (*Grossman, Warren & Shaw*, attorneys).

*Mark T. Connell* argued the cause for respondent (*Kelaher, Garvey, Ballou & Van Dyke*, attorneys).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge Landau's opinion of the Appellate Division, reported at 290 *N.J.Super.* 570, 676 *A.*2d 556 (1996).

*For affirmance*—Chief Justice PORITZ and Justices HANDLER, POLLOCK, O'HERN, GARIBALDI, STEIN and COLEMAN—7.

Opposed—None.